**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br>vs.<br><br>Weince Lee Bailey<br><br>           Defendant. | No. CR-96-0428-PHX-PGR<br><br>ORDER |

IT IS ORDERED that defendant Bailey's Notice of Appearance (doc. #150), wherein he is attempting to substitute Daniel R. Raynak, Esq. as his counsel in place of Jeffrey A. Williams, Esq., is stricken from the record without prejudice to an application for substitution being filed in conformance with LRCrim 57.14 and LRCiv 83.3(b).

DATED this 11th day of February, 2008.

Paul G. Rosenblatt
United States District Judge